Thomas J. Ryan, appellee, v. Chauncey C. Landon, trading as Landon New System Dentists, appellant. Gen. No. 8,368.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

John E. Cassidy, for appellant. Wallace J. Black and Clyde M. West, for appellee; Edward E. Gale, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.